# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

           **Plaintiff,**

-vs-

                                 **Case No.   3:09-CR-121(1)**
                                 **District Judge Thomas M. Rose**

**SHAWN LAUDERDALE,**

           **Defendant.**

---

## ORDER TO THE CLERK

---

       This matter is before the Court on the docketing of Defendant's Memorandum to the Clerk Requesting the Transcripts of Defendant's Sentencing Proceedings (doc. 58). Defendant has captioned this document as if it were being filed in the Sixth Circuit Court of Appeals and indeed it should be.

       Accordingly, the Clerk is directed to remove this memorandum (doc. 58) from this Court's docket and transmit it to the Clerk of the Court of Appeals.

       **DONE** and **ORDERED** in Dayton, Ohio, this 20th day of June, 2012.

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT